**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

RAJNI GANDHI,

                              Plaintiff,

                                                              1:20-CV-120
            v.                                                 (LEK/DJS)

NYS UNIFIED COURT SYSTEM, *et al.*,

                              Defendants.

**APPEARANCES:**                                 **OF COUNSEL:**

RAJNI GANDHI
Plaintiff, *Pro Se*
1101 Stonegate Drive
Rensselaer, NY  12144

**DANIEL J. STEWART**
**United States Magistrate Judge**

## ORDER

*Pro se* Plaintiff filed an Amended Complaint in this matter on April 24, 2020, and this Court issued a Report-Recommendation and Order recommending that portions of Plaintiff's case be allowed to proceed.  Dkt. Nos. 10 & 14.  The District Court has now adopted the Report-Recommendation and Order, allowing certain of Plaintiff's claims to proceed.  Dkt. No. 15.

    **WHEREFORE**, it is hereby

    **ORDERED**, that the Clerk shall issue Summonses and forward them along with a packet containing General Order 25, which sets forth the Civil Case Management Plan used by the Northern District of New York, along with copies of the Amended Complaint

and this Order to the United States Marshal for service upon the Defendants; and it is further

**ORDERED**, that a response to the Amended Complaint be filed by Defendants or Defendants' counsel as provided for in the Federal Rules of Civil Procedure subsequent to service of process on Defendants; and it is further

**ORDERED**, that the Clerk is directed to schedule a Rule 16 Conference before the assigned Magistrate Judge; and it is further

**ORDERED**, that all motions shall comply with the Local Rules of Practice of the Northern District.  In accordance with the Local Rules, **Plaintiff must promptly notify the Clerk's Office and all parties or their counsel of any change in Plaintiff's address; her failure to do so will result in the dismissal of this action**; and it is further

**ORDERED**, that the Clerk serve a copy of this Order upon Plaintiff in accordance with the Local Rules.

**IT IS SO ORDERED.**

Dated:   September 28, 2020
            Albany, New York

Daniel J. Stewart
U.S. Magistrate Judge