1:20-cv-120

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
MAY 24 2022
AT____ O'CLOCK_____
John M. Domurad, Clerk - Albany

MAY 18, 2022

Rajni Gandhi
60 Indian Pipe Drive
Wynantskill, NY 12198

Honorable Stewart and Honorable Kahn
U.S. District Court
James T. Foley Court House
445 Broadway
Albany, NY 12207

RE: request to file a motion/ to file a re amended complaint to include the 504 Rehabilitation Act 1973 and CPLR 214(5) claim.

Dear Respected Honorable Kahn and Honorable Stewart,

On May 18,2022, I called Attorney General Jorge Rodriguez to request his consent to file a re amended complaint to include the 504 Claim Rehabilitation Act 1973 and CPLR 214(5) as the seventh Cause of Action to all the current pending claims that are in consideration presently against the New York Unified Court System and the individual defendants, ( Beth Diebel, Anthony Mancino and Laureen Lee. ) Mr. Rodriguez did not give his consent to me to re amend my amended complaint. Please see the reasons below as to my request to re amend the amended complaint.

I feel the re amended complaint is necessary to file as the 504 Rehabilitation Act 1973 and CPLR 214(5) is very relevant to my case. In my perspective, and according to this claim, I should have been accommodated and not terminated from my position as a Senior Court Office Assistant of nineteen years. I had filed this claim timely and I am also timely additionally under CPLR 214(5) contrary to Attorney Rodriguez's position. I was terminated under the label of an incapacitated person by the New York Unified Court Unified Court System, a label that they put on me, when I was never deemed incapacitated by my own physician. I was not deemed incapacitated by my physician, who clearly and repeatedly clarified the fact that I can work. I should not have been terminated from employment to begin with. Under the 504 Rehabilitation Act 1973, The New York State Unified Court System is mandated to accommodate a person with a disability.

I will be happy to further explain the relevance of the above claim with your permission respectfully in the motion/re amended complaint. Additionally, I would also like to update the relief requested in light of the situation.

May I please be granted permission to prepare and send a re amended complaint to you?

Respectfully,

[signature]

Rajni Gandhi

From: Rajni Gandhi
60 indian pipe
drive Wynantskill,
NY 12198

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL®**

7022 0410 0001 8253 2393

UNITED STATES POSTAL SERVICE®

1000

12207

U.S. P
FCM L
ALBAI
12203
MAY 2
AMOU
$
R2305

U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK

MAY 24 2022

RECEIVED

SCANNED

To: Honorable Kahn and
Honorable Stewart
US District Court James
T. Foley Courthouse
445 Brodway Albany,
NY 12207

ReadyPost®
Document Mailer